DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Barry Ray Henderson,<br><br>    Plaintiff,<br><br>    vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:21-cv-02393-CKD<br><br>STIPULATION & ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 4-day extension of time, from August 22, 2022 to August 26, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT and Defendant's deadline will be extended thirty (30) days from October 10, 2022 to November 9, 2022. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's third request for an extension of time and Defendant's first request. Counsel for the Plaintiff is currently out of State attending to an emergency with her ill father. (see attached declaration). Additional time will be needed in light of limited access to her computer.

Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension and similarly requires additional time to review and brief the issues, as the current volume of briefs she has due in October is two to three times the amount normally assigned. Considering Counsel's other non-litigation assignments, this is not compatible with giving each case due attention for briefing or consultation with agency personnel regarding settlement. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: August 22, 2022          PENA & BROMBERG, ATTORNEYS AT LAW

By: /s/ Dolly M. Trompeter
DOLLY M. TROMPETER
Attorneys for Plaintiff

Dated: August 22, 2022          PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Andrea Banks
Andrea Banks
Special Assistant United States Attorney

Attorneys for Defendant
(*As authorized by email on August 22, 2022)

## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: August 23, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE